Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2012 OCT 25 PM 2: 14

COURT

BY _____



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| BUSKER ALLEY, INC. and JAE JI, ) | |
| ) | |
| Plaintiffs. ) | CASE NO. CV1081-12 |
| ) | |
| v. ) | **DECISION AND ORDER** |
| ) | **RE: MOTION FOR** |
| ) | **DISQUALIFICATION** |
| LAWRENCE KASPERBAUER and ) | |
| DOES 1-50, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on October 17, 2012 on Plaintiffs' Objection to this Court presiding over the proceedings. Attorney Vanessa Ji represented Plaintiffs Busker Alley, Inc. and Jae Ji. Attorney Mitchell F. Thompson represented Defendants. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On October 3, 2012, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On October 17, 2012, Plaintiffs filed their motion to disqualify this Court from presiding over the above-captioned matter. There is no opposition to the motion.

//

//

Decision and Order
Case No. CV1081-12

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby GRANTED and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

It is **SO ORDERED** this 25th day of October, 2012.

_____
HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

OCT 25 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam

**ORIGINAL**